UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DOMINION EXPLORATION & PRODUCTION, INC., ET AL. | * * * | CIVIL ACTION NO. 07-9492 |
| | * | SECTION "A"(1) |
| VERSUS | * * | |
| | * | JUDGE ZAINEY |
| DELMAR SYSTEMS, INC. AND CORDOARIA SÃO LEOPOLDO, S.A. | * * * | MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT STIPULATION REGARDING
AUGUST 27 AND 28, 2013 SETTLEMENT CONFERENCES**

Defendant Cordoaria São Leopoldo, S.A. ("Cordoaria"), together with plaintiffs Dominion Exploration & Production, Inc., Statoil Hydro USA E&P, Inc., and Anadarko Petroleum Corporation ("plaintiffs") and defendant Delmar Systems, Inc. ("Delmar"), hereby jointly submit this stipulation in advance of the scheduled August 27 and 28, 2013 settlement conferences.

In connection with the August 27 and 28, 2013 settlement conferences, the parties jointly stipulate and agree as follows:

1. The appearance of Cordoaria and its lawyers at, and their participation in, the August 27 and 28, 2013 settlement conferences shall not be considered an appearance in this jurisdiction or the United States and shall not be deemed to waive Cordoaria's personal jurisdiction objection;

2. Plaintiffs and Delmar agree not to assert or argue (a) that the appearance of Cordoaria and its lawyers at, and their participation in, the August 27 and 28, 2013 settlement conferences is or should be considered an appearance in this jurisdiction or the United States and/or (b) that such appearance and participation is or should be deemed a waiver of Cordoaria's personal jurisdiction objection;

3. The appearance of Cordoaria and its lawyers at, and their participation in, the August 27 and 28, 2013 settlement conferences shall not be deemed to be an acceptance by Cordoaria of the jurisdiction of this Court or any other court in the Unites States over Cordoaria;

4. The appearance of Cordoaria and its lawyers at, and their participation in, the August 27 and 28, 2013 settlement conferences shall not be used, and is not admissible or competent evidence in support of any attempt, to establish that this Court or any other court in the United States has personal jurisdiction over Cordoaria;

5. In accordance with Federal Rule of Evidence 408, any and all discussions that occur at the August 27 and 28, 2013 settlement conferences are inadmissible for any purpose; and,

6. No party will attempt to serve or cause to be served on any individual, who on behalf of a party is attending the settlement conference, a subpoena, subpoena duces tecum or any other legal document or pleading requiring an appearance in this jurisdiction or in any other court in the United States and/or seeking documents, information, or testimony in this jurisdiction or in any court in the United States from either the attendee, a party on whose behalf the attendee appears, or any entity affiliated with, formerly affiliated with, or purportedly affiliated with any party.

Respectfully submitted,

*/s/ Judy Y. Barrasso*
Judy Y. Barrasso, T.A. 2814
Stephen L. Miles, 31263
    OF
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras St., 24th Floor
New Orleans, Louisiana  70112
Telephone: (504) 589-9700
Telefax:  (504) 589-9701
jbarrasso@barrassousdin.com
smiles@barrassousdin.com

*Counsel for Cordoaria São Leopoldo, S.A.*

/s/ Etienne Balart
James E. Wright, III, 13700
Etienne Balart, 24951
JONES, WALKER, WAECHTER,
POITEVENT CARRÈRE &
DENÈGRE, L.L.P
201 St. Charles Avenue
New Orleans, Louisiana 70170
Telephone: (504) 582.8234
Telefax: (504) 589.8234
jwright@joneswalker.com
ebalart@joneswalker.com

*Counsel for Plaintiffs Dominion Exploration & Production, Inc., et al.*

And

/s/ Frank X. Neuner, Jr.
Frank X. Neuner, Jr., 7674
Brandon W. Letulier, 28657
LABORDE & NEUNER
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
Telephone: (337) 237-7000
Telefax: (337) 233-9450
fxnjr@ln-law.com
bletulier@ln-law.com

*Counsel for Delmar Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, August 23, 2013, I served the foregoing on counsel to all parties in this proceeding by electronic filing through the Court's CM/ECF system.

/s/ Judy Y. Barrasso

894570_1