UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DOMINION EXPLORATION & PRODUCTION, INC., HYDRO GULF OF MEXICO, LLC AND ANADARKO PETROLEUM CORPORATION<br><br>VERSUS<br><br>DELMAR SYSTEMS, INC. AND CORDOARIA SAO LEOPOLDO, S.A. | CIVIL ACTION<br><br>NO. 07-9492<br><br>SECTION "A" – MAGISTRATE # 1<br><br>JUDGE JAY C. ZAINEY<br><br>MAGISTRATE JUDGE SALLY SHUSHAN |

## CONDITIONAL ORDER OF DISMISSAL

The Court having been advised by counsel for the Plaintiffs that Plaintiffs and defendant, Cordoaria Sao Leopoldo, SA, have firmly agreed upon a compromise of the claims existing between them,

**IT IS ORDERED** that the claims between Plaintiffs and defendant, Cordoaria Sao Leopoldo, SA be and are hereby dismissed without costs and without prejudice to the right, upon good cause shown within 180 days, to reopen the action if settlement is not completed/consummated and a Joint Motion to Dismiss is not presented to the court. .

October 6, 2014

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE